UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x
La Bottega Franchise, Inc.

                Plaintiff,                **SUMMONS**

     -against-                  Civ. Action No. 2:23-cv-05338

JJB Plainview LLC and Bruno M. DiCarlo,

                Defendants.
------------------------------x

**TO THE ABOVE-NAMED DEFENDANTS:**

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:   Uniondale, New York
           July 13, 2023

                                      **RUSKIN MOSCOU FALTISCHEK, P.C.**

                                      By:   */s/ Thomas A. Telesca*
                                            Thomas A. Telesca, Esq.
                                            Briana Enck-Smith, Esq.
                                            *Attorney for Plaintiff*
                                            1425 RXR Plaza
                                            East Tower, 15th Floor
                                            Uniondale, New York 11556
                                            (516) 663-6600

TO:   JJB Plainview LLC
        397A South Oyster Bay Road
        Plainview, New York 11803

Bruno M. DiCarlo
397A South Oyster Bay Road
Plainview, New York 11803